IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WHITNEY BANK,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 11-0722-CG-M** |
| ) | |
| **RAYMOND G, MIZE and** ) | |
| **DEBORAH E. MIZE,** ) | |
| ) | |
|    **Defendants.** ) | |

**DEFAULT JUDGMENT**

The court having granted the plaintiff's motion for default judgment as to **DEBORAH E. MIZE** on January 30, 2012, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor plaintiff, Whitney Bank, against defendant, **DEBORAH E. MIZE**, in the total amount of $119,722.44, which consists of a combined principal balance in the amount of $102,540.05, combined accrued interest in the amount of $10,905.38, combined late fees in the amount of $93.27, combined appraisal fees in the amount of $700.00, and attorney's fees and costs associated with the collection of said funds in the amount of $5,483.74.

Post-judgment interest is imposed pursuant to title 28 USC § 1961, and shall accrue at .12 percent (0.12%) from the date this judgment is entered on the docket until this judgment is paid.

**DONE and ORDERED** this 31st day of January, 2012.

                                                        /s/ Callie V. S. Granade
                                                        UNITED STATES DISTRICT JUDGE